UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| PERRY CLINE, on behalf of himself and all others similarly situated,<br><br>    Plaintiff – Appellee,<br><br>v.<br><br>SUNOCO, INC. (R&M); SUNOCO PARTNERS MARKETING & TERMINALS L.P.,<br><br>    Defendants - Appellants | Case No. 23-7090 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____Sunoco, Inc. (R&M); Sunoco Partners Marketing & Terminals_____

[Party or Parties][1]

_____

_____Appellants_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]


R. Paul Yetter                                                    Robert Woods
Name of Counsel                                              Name of Counsel

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

| | |
|---|---|
| /s/R. Paul Yetter | /s/Robert Woods |
| Signature of Counsel | Signature of Counsel |
| | |
| Yetter Coleman LLP | Yetter Coleman LLP |
| 811 Main Street, Suite 4100, Houston, Texas 77002  (713) 632-8003 | 811 Main Street, Suite 4100, Houston, Texas 77002  (713) 632-8074 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| | |
| pyetter@yettercoleman.com | rwoods@yettercoleman.com |
| E-Mail Address | E-Mail Address |

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

> The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

X      There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.


March 8, 2024
Date

/s/R. Paul Yetter
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

3

## CERTIFICATE OF SERVICE

I hereby certify that:

    X    All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

        On _____, I sent a copy of this Entry of Appearance Form to:
                [date]
<u>all counsel of record listed below</u> at the last known address/email address, by <u>email through the CM/ECF system</u>.

<u>March 8, 2024</u>
Date

<u>/s/R. Paul Yetter</u>
Signature