UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Perry Cline, on behalf of himself and all others similarly situated

v.

Sunoco, Inc. (R&M); Sunoco Partners Marketing & Terminals L.P.

Case No. 23-7090

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Chamber of Commerce of the United States of America
_____
[Party or Parties][1]

_____

Amicus Curiae
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Francis J. Aul | Michael Francisco |
| Name of Counsel | Name of Counsel |
| s/ Francis J. Aul | s/ Michael Francisco |
| Signature of Counsel | Signature of Counsel |
| McGuireWoods LLP 888 16th St. NW Suite 500 Washington, DC 20006 | McGuireWoods LLP 888 16th St. NW Suite 500 Washington, DC 20006 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| faul@mcguirewoods.com | mfrancisco@mcguirewoods.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

3/22/2024
Date

s/ Michael Francisco
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___3/22/2024_____ I sent a copy of this Entry of Appearance
   [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                         [state method of service]

3/22/2024
_____
Date

s/ Michael Francisco
_____
Signature