UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Perry Cline, on behalf of himself and all others similarly situated

v.

Sunoco, Inc. (R&M); Sunoco Partners Marketing & Terminals L.P.

Case No. 23-7090

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Chamber of Commerce of the United States
_____
[Party or Parties][1]

_____

Amicus
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Jennifer B. Dickey
_____        _____
Name of Counsel                                               Name of Counsel

s/ Jennifer B. Dickey
_____        _____
Signature of Counsel                                         Signature of Counsel

1615 H Street NW, Washington, DC 20062
_____        _____
Mailing Address and Telephone Number        Mailing Address and Telephone Number

jdickey@uschamber.com
_____        _____
E-Mail Address                                                  E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not

    direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been

    disclosed to the court.

3/25/2024
Date

s/ Jennifer B. Dickey
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

✓  All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐  On  \_\_\_\_3/25/2024_____  I sent a copy of this Entry of Appearance
         [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                                      [state method of service]


3/25/2024
_____
Date

s/ Jennifer B. Dickey
_____
Signature