IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Perry Cline, ) | |
| ) | |
| Plaintiff-Appellee, ) | |
| ) | |
| v. ) | Case No. 23-7090 |
| ) | |
| Sunoco, Inc. (R&M) and Sunoco Partners ) | |
| Marketing & Terminals, L.P. ) | |
| ) | |
| Defendants-Appellants ) | |

## **MOTION TO WITHDRAW AS COUNSEL**

Michael L. Francisco, counsel for Defendants-Appellants Sunoco, Inc., et al., respectfully moves to withdraw as counsel of record. In support of this motion, Counsel states:

1. Defendants-Appellants have been represented by Michael L. Francisco of the law firm of McGuireWoods LLP.

2. Mr. Francisco will be leaving the firm effective April 29, 2024. Therefore, it is necessary for him to withdraw as counsel of record for Defendants-Appellants.

3. Defendants-Appellants will continue to be represented by Francis J. Aul of McGuireWoods LLP.

4. A proposed Order allowing the withdrawal of Michael L. Francisco

is submitted with this motion.

Dated: April 29, 2024                     Respectfully submitted,


                                          */s/ Michael L. Francisco*
Jennifer B. Dickey                        Michael L. Francisco
U.S. Chamber Litigation Center            Francis J. Aul
1615 H Street, N.W.                       McGuireWoods LLP
Washington, DC 20062                      888 16th Street, N.W., Suite 500
T: (202) 463-5337                         Washington, DC 20006
                                          T: (202) 857-1722
                                          F: (202) 828-3345
                                          mfrancisco@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2024, the foregoing was electronically filed with the Clerk for the United States Court of Appeals for the Tenth Circuit using the CM/ECF system. The system will serve all counsel of record.

<u>*/s/ Michael Francisco*</u>
Michael Francisco

*Counsel for* Amicus Curiae

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| Perry Cline, )<br>)<br>    Plaintiff-Appellee, )<br>)<br>v. )<br>)<br>Sunoco, Inc. (R&M) and Sunoco Partners )<br>Marketing & Terminals, L.P. )<br>)<br>    Defendants-Appellants )  | Case No. 23-7090 |

### **[PROPOSED] ORDER**

For reasons appearing to the Court and for good cause shown, the Court GRANTS Michael L. Francisco's Motion to Withdraw as Counsel of Record and ORDERS that attorney Michael L. Francisco is hereby withdrawn as counsel for Defendants-Appellants.

The Court DIRECTS the Clerk to terminate attorney Michael L. Francisco from the CM/ECF list of counsel in this case.

It is so ORDERED.

DATE:_____       _____
                                                                                                          JUDGE  JOHN A. GIBNEY